Baillow *v.* The State.

*Per Curiam.*—The judgment is affirmed.

*J. W. Cummings*, District Attorney for the State.

*J. A. Woodhull*, for the appellee.

———————————

RINGLE *v.* THE STATE.

APPEAL from the *Noble* Common Pleas.

*Per Curiam.*—The judgment in this case is reversed, on the case of *The State* v. *Carpenter*, at this term, [*supra.*]

The judgment is reversed.

*J. M. Flagg*, for the appellant.

*Oscar B. Hord*, Attorney General for the State.

———————————

BAILLOW *v.* THE STATE.

APPEAL from the *Marion* Common Pleas.

*Per Curiam.*—The judgment in this case is reversed on the authority of *Justice* v. *The State*, 17 Ind. 56; and the Clerk of the Supreme Court will notify the keeper of the State Prison to return the appellant to the custody of the Sheriff of *Marion* county, to await the further order of the proper Court.

*S. A. Colley*, and *Colerick & Jordan*, for the appellant.

*Oscar B. Hord*, Attorney General, for the State.